# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| Billy Roy Boyd, | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| Alan Wilson; W. Walter Wilkins; Scott D. Robinson; R. Mills Ariail, Jr., | ) |
| *Defendants* | ) |

Civil Action No.    6:17-cv-01032-TLW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■   other: the plaintiff, Billy Roy Boyd, shall take nothing of the defendants, Alan Wilson; W. Walter Wilkins; Scott D. Robinson; R. Mills Ariail, Jr., and this action is dismissed with prejudice for failure to prosecute pursuant to Rule 41(b).

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended the dismissal of this action with prejudice.

Date:  January 25, 2018

*ROBIN L. BLUME, CLERK OF COURT*

s/M. Walker
_____
*Signature of Clerk or Deputy Clerk*